**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION**

| | |
|---|---|
| **ROCIA PATRICK**, and **MICHAEL R. PATRICK SR.**,<br><br>     **Plaintiffs,**<br><br>  **v.**<br><br>**SOCIAL SECURITY ADMINISTRATION,**<br><br>     **Defendant.** | **REPORT & RECOMMENDATION**<br><br>**Case No.  2:14-cv-937**<br><br>**United States District Court Judge Dee Benson**<br><br>**Magistrate Judge Dustin Pead** |

On June 21, 2016, the court issued an Order To Show Cause directing Plaintiffs, within twenty-one (21) days, to show cause as to why the above entitled case should not be dismissed (ECF No. 9.) The court warned Plaintiffs that a failure to do so would result in dismissal of the action. The time within which to respond to the Order To Show Cause has passed, and Plaintiffs failed to inform the court about the status of the case and their intentions, if any, to proceed. Accordingly, the court hereby RECOMMENDS to the District Court that the action be dismissed for failure to prosecute.

Copies of the foregoing report and recommendation are being mailed to all parties who are hereby notified of their right to object.  Any objection must be filed within fourteen (14) days after being served with a copy.  *See* Fed. R. Civ. P. 72(b)(2) ("Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific wri6tten objections to the proposed findings and recommendation).  Failure to object may constitute a waiver of objections upon subsequent review.

DATED this 20th day of July, 2016.

_____
Dustin Pead
U.S. Federal Magistrate Judge