IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| ROCIA PATRICK and MICHAEL R. PATRICK, SR.,<br><br>Plaintiffs,<br><br>vs.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br><br>Case No. 2:14-CV-937<br><br>Judge Dee Benson |

     Before the Court is the Report and Recommendation issued by United States Magistrate Judge Dustin Pead on July 20, 2016, recommending that this case be dismissed for failure to prosecute.

     The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after being served with a copy.  Neither party has

1

filed such an objection.

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation. Accordingly, this case is dismissed without prejudice.

IT IS SO ORDERED.

DATED this 12th day of August, 2016.

_____
Dee Benson
United States District Judge